IN THE MATTER OF THE ESTATE OF MARY M. F. PISTOR, DECEASED.

See same case below: 53 *N. J. Super.* 139.

*Mr. Rodman C. Herman* for the petitioner.

*Messrs. Ward & Levinthal, Messrs. Bourne, Schmid, Burke & Noll, Messrs. Riker, Danzig & Marsh, Mr. Edward J. Brown* and *Mr. William C. Connelly* for the respondents.

April 13, 1959.   Granted.

BOROUGH OF NORTH PLAINFIELD, PLAINTIFF-RESPOND-ENT, v. DOMINIC PERONE, DEFENDANT-PETITIONER.

See same case below: 54 *N. J. Super.* 1.

*Mr. William Noel Ogden* for the petitioner.

*Mr. Charles A. Reid, Jr.,* for the respondent.

April 13, 1959.   Denied.   The denial here of certification does not necessarily indicate approval of the grounds upon which the judgment of the trial court was affirmed.   This is in harmony with the proposition that a denial of certification does not in any case necessarily evidence agreement with the result or the basis expressed.